**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LAUREL LODGE,

Plaintiff,

v.

PETER JUDSON, and BERNICE JUDSON,

Defendants.

CIVIL ACTION NO.: 4:26-cv-204

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 4, 2026, Report and Recommendation, (doc. 7), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Id.) Pursuant to 28 U.S.C. § 1447(c), this case is hereby **REMANDED** to the Magistrate Court of Chatham County, Georgia, for further proceedings. Following remand, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 21st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA